United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-80616 |
| KELLI DIANN AUSTIN, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 13 |

## ORDER SETTING SHOW CAUSE HEARING

The Court will conduct a hearing for creditor GLD Member Sponsor, LLC to show cause why they are not in violation of the automatic stay as alleged in the Debtor's Emergency Motion (Docket No. 13) at **8:30 AM on December 19, 2025,** by telephone and video conference. To join by Telephone and Video Conference, see the Court's web page for instructions: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez.

**Telephonic Participation**
Dial-in Telephone No: 832-917-1510
Conference Code: 282694

**Video Participation**
https://meet.goto.com/JudgePerez

GoToMeeting is for case participants and their representatives only. Members of the public and media may utilize the Court's audio facility in non-trial proceedings that don't involve witness testimony.

Audio connections by phone are required for all video participants.

SIGNED 12/11/2025

_____
Alfredo R Pérez
United States Bankruptcy Judge