CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER

US POSTAGE $006.04 DEC. 11. 2025

United States Courts
Southern District of Texas
FILED

JAN 28 2026

Nathan Ochsner, Clerk of Court

CERTIFIED MAIL
7009 1680 0001 9896 7243

Kelli Diann Austin
#73243
P.O. Box 998
Anixie

NIXIE    773    CE 1    7201/22/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77208101010    *0133-09202-12-47*

United States Courts
Southern District of Texas
FILED

JAN 28 2026

Nathan Ochsner, Clerk of Court

# IN THE UNITED STATED BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| KELLI DIANN AUSTIN, | § § § | CASE NO: 25-80616 |
| Debtor. | § § § § | CHAPTER 13 |

## ORDER SETTING SHOW CAUSE HEARING

The Court will conduct a hearing for creditor GLD Member Sponsor, LLC to show cause why they are not in violation of the automatic stay as alleged in the Debtor's Emergency Motion (Docket No. 13) at **8:30 AM on December 19, 2025,** by telephone and video conference. To join by Telephone and Video Conference, see the Court's web page for instructions: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez.

### Telephonic Participation
Dial-in Telephone No: 832-917-1510
Conference Code: 282694

### Video Participation
https://meet.goto.com/JudgePerez

GoToMeeting is for case participants and their representatives only. Members of the public and media may utilize the Court's audio facility in non-trial proceedings that don't involve witness testimony.

Audio connections by phone are required for all video participants.

SIGNED 12/11/2025

Alfredo R Pérez
United States Bankruptcy Judge

1 / 1