| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>February 05, 2026<br>Nathan Ochsner, Clerk |

In Re: Kelli Diann Austin
Debtor

Case No.: 25–80616

Chapter: 13

---

### ORDER RESETTING DISMISSAL

The chapter 13 trustee's motion to dismiss is continued until **3/5/26** at **10:00 AM.**

Signed and Entered on Docket: 2/5/26

_____
Alfredo R Pérez
United States Bankruptcy Judge